January 16, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00003-CV

AFLOA, LLC, Appellant

V.

TEXAS DEPARTMENT OF MOTOR VEHICLES, Appellee

This cause, an appeal from the judgment in favor of appellee, Texas Department of Motor Vehicles, signed, September 29, 2023, was heard on the appellate record. We have inspected the record and find the trial court lacked subject matter jurisdiction. We therefore order the judgment of the court below **VACATED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order this decision certified below for observance.

Judgment Rendered January 16, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.